UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | § NO: EP:14-CR-00538(1)-FM |
| | § |
| (1) Adam Deswan Guzman | § |

### ORDER

On this day, the Court considered Defendant's Motion for Continuance, made orally during docket call on June 6, 2014 in the above-captioned cause. The motion was made because of the need for further investigation, preparation of the defense due to complex discovery issues in the case, and/or plea negotiations. After due consideration, the Court is of the opinion that the motion should be granted.

The Court finds that the interest of justice outweigh the interest of the Defendant and of the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense in this case, and that the time from June 6, 2014 through August 01, 2014, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161.

Accordingly, it is hereby ORDERED that the Defendant's Motion for Continuance is GRANTED. **This cause is rescheduled for docket call on August 01, 2014 @ 09:30 AM.  NO FURTHER CONTINUANCES WILL BE GRANTED**.

**SIGNED AND ENTERED** this 9th day of June, 2014.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE